IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDDY BATRES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-25-0451-HE |
| | ) | |
| OKLAHOMA CITY FEDERAL | ) | |
| TRANSFER CENTER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner filed a petition seeking relief pursuant to 28 U.S.C. § 2241. Respondent moved to dismiss the petition as moot. On September 23, 2025, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending respondents' motion be granted and the petition be dismissed.

The record reflects that the Report and Recommendation was returned undeliverable. However, under the court's Local Civil Rules, the Report and Recommendation is deemed delivered to petitioner since the court sent it to his last known address. *See* LCvR5.4. Because petitioner has not filed an objection to the Report and Recommendation within the time prescribed, the court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation [Doc. #15] is **ADOPTED**. Respondents' motion to dismiss [Doc. #13] is **GRANTED**. Petitioner's 28 U.S.C. § 2241 action is **DISMISSED** as moot.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 15th day of October, 2025.

                                                                        JOE HEATON
                                                                        UNITED STATES DISTRICT JUDGE